177 So. 175

## ST. PAUL FIRE & MARINE INS. CO. v. P. E. GWIN.

### 6 Div. 238.

Supreme Court of Alabama.

Nov. 18, 1937.

Coleman, Spain, Stewart & Davies, of Birmingham, for the Motion.

J. C. B. Gwin, of Bessemer, opposed.

PER CURIAM.

Petition of the St. Paul Fire & Marine Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of St. Paul Fire & Marine Ins. v. Gwin, 177 So. 173.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.